UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHEN E. WHITTED, | CASE NO. C18-0643-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PETER WINFIELD JORDAN, *et al*., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's Local Civil Rule 37 Joint Submission of Plaintiff and Defendant Stacey L. Smythe (Dkt. No. 68). The Local Rules set forth an expedited procedure for the Court's consideration of a motion for an order compelling disclosure or discovery. W.D. Wash. Local Civ. R. 37(a)(2). The parties must agree to use the expedited procedure and must meet and confer in accordance with the Local Rules. *Id*.; *see* Fed. R. Civ. P. 37(a)(1), W.D. Wash. Local Civ. R. 37(a)(1). Although Plaintiff filed the instant motion as a joint motion pursuant to Local Rule 37(a)(2), Defendants Smythe, Molly B. Kenny, and the Law Offices of Molly B. Kenny did not agree to filing a joint motion and the parties have not met and conferred about the discovery disputes at issue in accordance with the Federal and Local Rules. (*See* Dkt. Nos. 69, 70, 70-1–70-10.)

1    Therefore, Plaintiff's motion is DENIED. The parties are ORDERED to meet and confer

2 in accordance with the Federal Rules of Civil Procedure and Local Civil Rules before the parties

3 file a joint motion pursuant to Local Rule 37(a)(2) or Plaintiff files a motion to compel. Any

4 future discovery motion must include a certification that the parties have adequately met and

5 conferred. Failure to do so may be grounds for denial of the motion.

6    DATED this 22nd day of April 2019.

7                                                      William M. McCool
                                                       Clerk of Court
8
                                                       s/Tomas Hernandez
9                                                      Deputy Clerk

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26