THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STEPHEN E. WHITTED, | CASE NO. C18-0642-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PETER WINFIELD JORDAN, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants Peter Jordan and Lori Jordan's (the "Jordans") motion for reconsideration (Dkt. No. 81) of the Court's order denying the Jordans' motion for sanctions (Dkt. No. 74). The Court hereby calls for a response from Plaintiff to the Jordans' motion for reconsideration. Plaintiff shall file a response brief of five (5) pages or less no later than Friday, May 24, 2019. The Clerk is DIRECTED to re-note the Jordans' motion for reconsideration (Dkt. No. 81) to May 24, 2019.

DATED this 15th day of May 2019.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Tomas Hernandez<br>
Deputy Clerk