THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STEPHEN E. WHITTED, | CASE NO. C18-0642-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PETER WINFIELD JORDAN, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants Peter and Lori Jordan's (the "Jordans") motion for reconsideration (Dkt. No. 81) of the Court's minute order denying their motion for Rule 11 sanctions against Plaintiff (Dkt. No. 74). The Court called for a response to the Jordans' motion from Plaintiff (Dkt. No. 82), which was timely filed. (Dkt. No. 83.) Having thoroughly considered the Jordans' motion for reconsideration and Plaintiff's response, the Court hereby GRANTS the Jordans' motion for reconsideration. (Dkt. No. 81.) The Court WITHDRAWS its minute order denying the Jordans' motion for Rule 11 sanctions (Dkt. No. 74) and REINSTATES the Jordans' motion for Rule 11 sanctions. (Dkt. No. 38.) The Court shall rule on the Jordans' motion for sanctions following its decisions on Defendants' pending motions for summary judgment. (Dkt. Nos. 28, 40.)

1      DATED this 28th day of May 2019.

2                                          William M. McCool
                                           Clerk of Court
3
                                           s/Tomas Hernandez
4                                          Deputy Clerk